IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CASE NO. 2:15-CR-9-14H

UNITED STATES OF AMERICA

vs.  **ORDER**

THOMAS JEFFERSON ALLEN, II,
Defendant.

FOR GOOD CAUSE SHOWN, the defendant's Motion to Seal is allowed and the Clerk is directed to seal the Motion for Downward Variance of the defendant, D.E. #768, except that the Clerk is authorized to provide a filed copy of the Motion for Variance and Motion to Seal said Motion for Variance to counsel for the defendant and counsel for the Government.

It is so ORDERED and DIRECTED, this the 13th day of June 2017.

THE HONORABLE MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT COURT JUDGE