IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CASE NO. 2:15-CR-9-14H

UNITED STATES OF AMERICA

vs.

**ORDER**

THOMAS JEFFERSON ALLEN, II,
    Defendant.

FOR GOOD CAUSE SHOWN, the defendant's Motion to Seal is allowed and the Clerk is directed to seal the Sentencing Memorandum of the defendant, D.E. #766, except that the Clerk is authorized to provide a filed copy of the Sentencing Memorandum and Motion to Seal said memorandum to counsel for the defendant and counsel for the Government.

It is so ORDERED and DIRECTED, this the _13_ day of June 2017.

*(signature)*
THE HONORABLE MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT COURT JUDGE