IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CASE NO. 2:15-CR-9-14H

UNITED STATES OF AMERICA

vs.

**ORDER**

THOMAS JEFFERSON ALLEN, II,
    Defendant.

This matter is before the court on defendant's Motion for Reconsideration of Decision on Self-Surrender. Finding no reason to alter the prior order, this motion is DENIED.

This the 22nd day of June 2017.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT COURT JUDGE